AARON M. CLEFTON, ESQ. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
1423 Broadway #1133
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiffs
PAUL SPECTOR and JOAN BURGESS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SPECTOR and JOAN BURGESS,<br><br>Plaintiff,<br><br>v.<br><br>SAN FRANCISCO LODGING, LLC, dba PACIFICA BEACH HOTEL,<br><br>Defendant. | CASE NO. 3:23-cv-05704-SK<br>Civil Rights<br><br>**STIPULATION OF SETTLEMENT AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: November 6, 2023 |

## STIPULATION

Plaintiffs PAUL SPECTOR and JOAN BURGESS ("Plaintiffs") and Defendant SAN FRANCISCO LODGING, LLC, dba PACIFICA BEACH HOTEL, ("Defendant") – Plaintiffs and Defendant together the "Parties" – hereby stipulate and request that this matter be dismissed with prejudice pursuant to FRCP 41(a). Plaintiffs and Defendant have agreed to a settlement of all of Plaintiffs' claims. Accordingly, the Parties hereby stipulate and request the Court to order that all of Plaintiffs' claims in this action against Defendant be dismissed with prejudice, with each party bearing its own fees and costs.

**IT IS SO STIPULATED.**

//

//

//

//

- 1 -

STIP AND [PROPOSED] ORDER FOR DISMISSAL
CASE NO. 3:23-cv-05704-SK

Dated:  February 5, 2024					REIN & CLEFTON

						*/s/ Aaron Clefton*
						AARON CLEFTON, Esq.
						Attorneys for Plaintiffs
						PAUL SPECTOR and JOAN BURGESS


Dated:  February 5, 2024					JEFFER MANGELS BUTLER & MITCHELL LLP

						*/s/ Matthew S. Kenefick*
						MATTHEW S. KENEFICK, Esq.
						Attorneys for Defendant
						SAN FRANCISCO LODGING, LLC, dba
						PACIFICA BEACH HOTEL

### **FILER'S ATTESTATION**

I hereby attest that on February 5, 2024, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of Matthew S. Kenefick in the filing of this document.

						*/s/ Aaron Clefton*
						Aaron Clefton

**[PROPOSED] ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: _____, 2023

_____
Honorable Sallie Kim
U.S. Magistrate Judge