UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SPECTOR, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SAN FRANCISCO LODGING, LLC,<br><br>　　　　Defendant. | Case No.  23-cv-05704-SK<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Regarding Docket No. 8 |

## **STIPULATION**

Plaintiffs PAUL SPECTOR and JOAN BURGESS ("Plaintiffs") and Defendant SAN FRANCISCO LODGING, LLC, dba PACIFICA BEACH HOTEL, ("Defendant") – Plaintiffs and Defendant together the "Parties" – hereby stipulate and request that this matter be dismissed with prejudice pursuant to FRCP 41(a).  Plaintiffs and Defendant have agreed to a settlement of all of Plaintiffs' claims.  Accordingly, the Parties hereby stipulate and request the Court to order that all of Plaintiffs' claims in this action against Defendant be dismissed with prejudice, with each party bearing its own fees and costs.

**IT IS SO STIPULATED.**

Dated:  February 5, 2024　　　　　　　　　　REIN & CLEFTON

　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Aaron Clefton*
　　　　　　　　　　　　　　　　　　　　AARON CLEFTON, Esq.
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　　　PAUL SPECTOR and JOAN BURGESS

Dated: February 5, 2024        JEFFER MANGELS BUTLER & MITCHELL LLP

*/s/ Matthew S. Kenefick*
MATTHEW S. KENEFICK, Esq.
Attorneys for Defendant
SAN FRANCISCO LODGING, LLC, dba
PACIFICA BEACH HOTEL

### FILER'S ATTESTATION

I hereby attest that on February 5, 2024, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of Matthew S. Kenefick in the filing of this document.

*/s/ Aaron Clefton*
Aaron Clefton

### ORDER

Pursuant to stipulation, and for good cause shown, the Court hereby orders that all of Plaintiffs' claims in this action against Defendant are dismissed with prejudice, with each party bearing its own fees and costs.

**IT IS SO ORDERED**.

Dated: February 7, 2024

_____
SALLIE KIM
United States Magistrate Judge